# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3117

_____

J. Malcolm Thompson,

       Appellant,

    v.

Larry R. Peterson; David B. Danbom; Yur-Bok Lee; Gerald Anderson; Thomas Isern; Harriette McCaul; Rick D. Johnson, all of whom are and/or were persons employed within the teaching faculty and/or administration at North Dakota State University, being named herein as having acted in both their individual and official capacities; North Dakota State University, a publicly supported institution of higher learning under the control of the North Dakota State Board of Higher Education,

       Appellees.

Appeal from the United States
District Court for the District
of North Dakota.

[UNPUBLISHED]

_____

Submitted: May 14, 1999
Filed: May 21, 1999

_____

Before McMILLIAN, BRIGHT, and FAGG, Circuit Judges.

_____

PER CURIAM.

J. Malcolm Thompson, a nontenured state university professor, appeals the district court's ruling dismissing Thompson's claims for violation of his procedural and substantive due process rights based on the university's decision not to renew his one-year teaching contract. Having reviewed the record and the materials submitted by the parties, we see no error by the district court. We also conclude that an extended discussion would serve no useful purpose. Believing the district court is correct, we affirm on the basis of the district court's ruling. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.